UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD BUZZARD, JR.,

    Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. C12-5047BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 7) and Plaintiff Ronald Buzzard Jr.'s ("Buzzard") objections to the R&R (Dkt. 10).

On January 26, 2012, Judge Creatura granted Buzzard leave to proceed in forma pauperis and accepted Buzzard's civil rights complaint. Dkts. 5 & 6. On January 27, 2012, Judge Creatura issued the R&R recommending that the Court dismiss the complaint without prejudice and without leave to amend because Buzzard fails to state a claim upon which relief may be granted. Dkt. 7. Judge Creatura found that Buzzard is challenging the fact and duration of imprisonment and concluded that Buzzard has no claim for a violation of his civil rights based upon the conviction "unless and until the conviction or sentence is reversed, expunged, invalidated, or impugned by the grant of a writ of habeas corpus." *See Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

ORDER – 1

Buzzard objects to the R&R and requests that the Court dismiss his request to be immediately released, stay the action and allow his claim for monetary damages to proceed if he succeeds on his writ for habeas corpus. Dkt. 10. The Court declines to stay this action pending the outcome of the habeas proceeding. Buzzard may subsequently file a civil rights action if he succeeds on his habeas petition.

The Court having considered the R&R, Buzzard's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Buzzard's complaint is **DISMISSED without prejudice**;

(3) Buzzard's other motions (Dkts. 8 & 9) are **DENIED as moot**;

(4) Buzzard's in forma pauperis status is **VACATED;** and

(5) This case shall be **CLOSED**.

DATED this 20th day of March, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2